UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>                       -v.-<br><br>BROADWAY 340 MADISON FEE LLC, MCCLOSKEY MECHANICAL CONTRACTORS INC., REDLINE SHEET METAL INC., DONATO PLUMBING INC., NOVA ELECTRIC LLC, MATROS AUTOMATED ELECTRICAL CONSTRUCTION, BO GUARDS MECHANICALS *a.k.a.* BO GUARDS MECHANICAL LLC, CONSTRUCTION RESOURCES CORP. OF NEW YORK, KING ROSE OF NY INC., DNJ INDUSTRIES INC., *and* JOHN DOE #1 *through* JOHN DOE #11, *the last one hundred names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming to have some interest in or lien upon the premises described in the Complaint*<br><br>                              Defendants. | 24 Civ. 3865 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      For the reasons set forth by the Court in the telephonic conference held on May 30, 2024, Plaintiff's motion for a temporary restraining order is DENIED.  The parties are hereby ORDERED to appear for a conference on Plaintiff's motion for a preliminary injunction.  That conference will take place on **June 13, 2024**, at **11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      In advance of that proceeding, Defendants shall file a response, not to exceed 30 pages, to Plaintiff's motion for a preliminary injunction.  Defendants

shall file their response on or before **June 7, 2024**. Plaintiff may file a reply, not to exceed 14 pages, on or before **June 11, 2024**.

Plaintiff is further ORDERED to serve a copy of this Order on each Defendant via certified mail on or before **May 31, 2024**. Service of this Order shall be done in addition to Plaintiff's obligation to timely serve copies of the summons and complaint on each Defendant pursuant to Federal Rule of Civil Procedure 4.

SO ORDERED.

Dated: May 30, 2024
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge