UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

                Plaintiff,

                -v.-

BROADWAY 340 MADISON FEE LLC, MCCLOSKEY MECHANICAL CONTRACTORS INC., REDLINE SHEET METAL INC., DONATO PLUMBING INC., NOVA ELECTRIC LLC, MATROS AUTOMATED ELECTRICAL CONSTRUCTION, BO GUARDS MECHANICALS *a.k.a.* BO GUARDS MECHANICAL LLC, CONSTRUCTION RESOURCES CORP. OF NEW YORK, KING ROSE OF NY INC., DNJ INDUSTRIES INC., and JOHN DOE #1 through JOHN DOE #11, *the last one hundred names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming to have some interest in or lien upon the premises described in the Complaint*

                Defendants.

24 Civ. 3865 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    In light of the parties' *in camera* submission, shared with the Court on November 22, 2024, the parties are hereby ORDERED to appear for a telephonic conference on **December 2, 2024**, at **11:00 a.m.**  The dial-in information is as follows:  At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

    SO ORDERED.

Dated:  November 26, 2024
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge