

Latisha V. Thompson
Partner & Vice-Chair, Business Litigation
(212) 735-8886
lthompson@morrisoncohen.com

December 27, 2024

**VIA EMAIL**

Hon. Katherine Polk Failla
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     Massachusetts Mutual Life Insurance Company v. Broadway 340 Madison Fee LLC,
        et al., Case No. 1:24-cv-03865 (KPF)(RFT)

Dear Judge Failla:

    We write jointly on behalf of Defendant Broadway 340 Madison Fee LLC ("Borrower") and Plaintiff Massachusetts Mutual Life Insurance Company ("Lender," together with Borrower, the "Parties") to mutually request an adjournment of the Pretrial Conference currently scheduled for January 2, 2025 at 3:00 p.m. in light of the Stipulation and Order Appointing a Receiver (ECF No. 122) entered on December 16, 2024.

    We thank the Court for its time and consideration.



Hon. Katherine Polk Failla
Page 2

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: /s/ Alan M. Feld

   Alan M. Feld
   30 Rockefeller Plaza
   New York, NY 10112
   Telephone: (212) 653-8700
   afeld@sheppardmullin.com

*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company*

**MORRISON COHEN LLP**

By: /s/ Latisha V. Thompson

   Latisha V. Thompson
   909 Third Avenue
   New York, NY 10022
   Telephone: (212) 735-8600
   lthompson@morrisoncohen.com

*Attorneys for Defendant Broadway 340 Madison Fee LLC*

```
Application GRANTED.  The pretrial conference scheduled for
January 2, 2025, is hereby ADJOURNED sine die.

The Clerk of Court is directed to terminate the pending motion at
docket entry 124.
```

```
Dated:    December 30, 2024
          New York, New York
```

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE