
Latisha V. Thompson
Partner & Vice-Chair, Business Litigation
(212) 735-8886
lthompson@morrisoncohen.com

January 30, 2025

**VIA EMAIL**

Hon. Katherine Polk Failla
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007



Re: <u>Massachusetts Mutual Life Insurance Company v. Broadway 340 Madison Fee LLC, et al., Case No. 1:24-cv-03865 (KPF)(RFT)</u>

Dear Judge Failla:

    We write jointly on behalf of Defendant Broadway 340 Madison Fee LLC ("Borrower") and Plaintiff Massachusetts Mutual Life Insurance Company ("Lender," together with Borrower, the "Parties") to mutually request a further 60-day adjournment of all deadlines in the above-referenced matter in light of the Stipulation and Order Appointing a Receiver (ECF No. 122) entered on December 16, 2024.

    We thank the Court for its time and consideration.
Morrison Cohen LLP | 909 Third Avenue | New York, NY 10022-4784 | P 212.735.8600 | F 212.735.8708 | morrisoncohen.com



Hon. Katherine Polk Failla
Page 2

| SHEPPARD MULLIN RICHTER & HAMPTON LLP | MORRISON COHEN LLP |
|---|---|
| By: /s/ Alan M. Feld | By: /s/ Latisha V. Thompson |
| Alan M. Feld<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>afeld@sheppardmullin.com | Latisha V. Thompson<br>909 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 735-8600<br>lthompson@morrisoncohen.com |
| *Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company* | *Attorneys for Defendant Broadway 340 Madison Fee LLC* |

```
Application GRANTED.  All deadlines in this matter are hereby
ADJOURNED for an additional 60 days.

For administrative purposes only, the Court is DENYING without
prejudice to renew Plaintiff's motion for partial summary judgment.
(Dkt. #96). Should Plaintiff ultimately seek to renew its motion,
Plaintiff is welcome to do so.

The Clerk of Court is directed to terminate the pending motions at
docket entry 96 and 126.

Dated:      January 31, 2025            SO ORDERED.
            New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE